IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACQUELINE BENNETT,

      Plaintiff,

v.                                          CASE NO.: 8:20-cv-01090

TRUEACCORD CORP.,

      **Defendant.**

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant TrueAccord Corp. hereby removes the above-captioned matter to this Court from the County Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida, Small Claims Division and in support thereof avers as follows:

1.    TrueAccord Corp. is a Defendant in a civil action originally filed on or about March 26, 2020, in the County Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida, Small Claims Division titled *Jacqueline Bennett v. TrueAccord Corp.* and docketed to Case No. 20-CC-020679.

2.    This removal is timely under 28 U.S.C. § 1446(b). Defendant received service of process on April 9, 2020.

3.    Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all process, pleadings and orders Defendant received in the state court action.

4.    The United States District Court for the Middle District of Florida, Tampa Division has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed

claims against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C.§ 1692, *et seq.*

     5.     On this date, Defendant has provided notice of this removal to all parties and to the County Court of the Sixth Judicial Circuit In and For Hillsborough County.

WHEREFORE, Defendant TrueAccord Corp. removes this case to the United States District Court for the Middle District of Florida, Tampa Division.

                          Respectfully submitted,

                          **MESSER STRICKLER, LTD.**

By:    */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
NICOLE D. SAUNDERS, ESQUIRE
FL Bar No. 0125119
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
nsaunders@messerstrickler.com
*Counsel for Defendant*

Dated: May 11, 2020

## CERTIFICATE OF SERVICE

I certify that on May 11, 2020, a true copy of the foregoing document was served as follows:

| | |
|---|---|
| *Via Email and U.S. Mail, Postage Prepaid* | *Via Electronic Service* |
| Thomas M. Bonan, Esq. | Clerk of Court |
| Seraph Legal, P.A. | Hillsborough County |
| 2002 E. 5th Ave. | 800 East Twiggs St. |
| Suite 104 | Tampa, FL 33602 |
| Tampa, FL 33605 | |
| TBonan@SeraphLegal.com | |
| *Counsel for Plaintiff* | |

**MESSER STRICKLER, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
NICOLE D. SAUNDERS, ESQUIRE
FL Bar No. 0125119
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
nsaunders@messerstrickler.com
*Counsel for Defendant*

Dated: May 11, 2020